United States Courts
Southern District of Texas
FILED

SEP 11 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. |
| ERIKA MOSCARRO | § | |
| Defendant | | **14 CR 0443** |

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE
### (Conspiracy – 18 U.S.C. § 371)

1. Beginning in or about January 2008, the exact time being unknown, and continuing to on or about December 2010, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**ERIKA MOSCARRO**

did knowingly, intentionally, and willfully combine, conspire, confederate and agree with other persons known and unknown to the grand jury to steal and purloin Medicare & Medicaid payments, of the value of over $1000, belonging to the United States and any department and agency thereof, and the defendant did so knowing the property was not hers and with intent to deprive the owner of the use of said property. In violation of Title 18, United States Code Section 641.

1

## Purpose of the Conspiracy

2. It was a purpose of the conspiracy that the defendant, and others known and unknown to the Grand Jury, committed theft of federal funds by unlawfully taking payments for ambulance transportation with "basic life support" (BLS) from Medicare and Medicaid, to which they were not entitled. The Medicare Program ("Medicare") is a federally funded health insurance program and Medicaid is a "health care benefit program" as defined by Title 18, United States Code, Section 24(b) which receives federal funds.

## Manner and Means

It was a part of the conspiracy that:

3. Defendant, ERIKA MOSCARRO and others would and did cause the billing of Medicare and Medicaid for ambulance transport with basic life support services that were not provided.

4. Defendant, ERIKA MOSCARRO and others would and did use vehicles without basic life support to transport patients, though Medicare and Medicaid were billed for ambulance transport with basic life support.

5. Defendant, ERIKA MOSCARRO and others would and did cause the theft of approximately $587,288 from Medicare/Medicaid programs.

## Overt Acts

In furtherance of the conspiracy the defendant committed the following overt acts:

6. On or about November 8, 2010 through November 19, 2010, the defendant caused H.A. to be transported without basic life support on eight occasions.

7. On or about November 8, 2010 through November 19, 2010, the defendant caused Optimum Care EMS to bill Medicare/Medicaid for the transport of H.A. with basic life support, which did not occur.

8. On or about March 6, 2010 through April 7, 2010, the defendant caused M.D.G to be transported without basic life support.

9. On or about March 6, 2010 through April 7, 2010, the defendant caused Optimum Care EMS to bill Medicare/Medicaid for the transport of M.D.G. with basic life support, which did not occur.

**All in violation of Title 18, United States Code, Section 371.**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _/s/ Jim McAlister_
Jim McAlister
Assistant United States Attorney