AO 455 (Rev. 5/85)   Waiver of Indictment

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
9.19.14 /BW
BY DEPUTY       CLERK

# United States District Court

_Southern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

V.

Erika Moscaro

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-H-14-443

I, _Erika Moscaro_, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _9.19.14_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer