UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 1 5 2014

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. 14-443-S |
| | § | |
| MARIA VASQUEZ | § | |
| Defendant | | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Conspiracy - 18 U.S.C. § 371)

1. Beginning in or about January 2008, the exact time being unknown, and continuing to on or about December 2010, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

MARIA VASQUEZ

did knowingly, intentionally, and willfully combine, conspire, confederate and agree with other persons known and unknown to the grand jury to steal and purloin Medicare & Medicaid payments, of the aggregate value of over $1000, belonging to the United States and any department and agency thereof, and the defendant did so knowing the property was not hers and with intent to deprive the owner of the use of said property.   In violation of Title 18, United States Code Section 641.

1

## Purpose of the Conspiracy

2.   It was a purpose of the conspiracy that the defendant, and others known and unknown to the Grand Jury, committed theft of federal funds by unlawfully taking payments for ambulance transportation with "basic life support" (BLS) from Medicare and Medicaid, to which they were not entitled. The Medicare Program ("Medicare") is a federally funded health insurance program and Medicaid is a "health care benefit program" as defined by Title 18, United States Code, Section 24(b) which receives federal funds.

## Manner and Means

It was a part of the conspiracy that:

3.  Defendant, MARIA VASQUEZ and others would and did cause the billing of Medicare and Medicaid for ambulance transport with basic life support services that were not provided.

4.  Defendant, MARIA VASQUEZ and others would and did use vehicles without basic life support to transport patients, though Medicare and Medicaid were billed for ambulance transport with basic life support.

5.  Defendant, MARIA VASQUEZ and others would and did cause the theft of approximately $587,288 from Medicare/Medicaid programs.

## Overt Acts

In furtherance of the conspiracy the defendant committed the following overt acts:

6. On or about November 19, 2010, Maria Vasquez caused Optimum Care EMS to transport H.A. without Basic Life Support.

7. On or about November 19, 2010, Maria Vasquez caused Optimum Care EMS to bill Medicare/Medicaid for the transport of H.A. with Basic Life Support, which did not occur.

8. On or about October 27, 2010, Maria Vasquez caused Optimum Care EMS to transport M.D.G without Basic Life Support.

9. On or about October 27, 2010, Maria Vasquez caused Optimum Care EMS to bill Medicare/Medicaid for the transport of M.D.G. with Basic Life Support, which did not occur.

**All in violation of Title 18, United States Code, Section 371.**

A TRUE BILL:

By: ORIGINAL SIGNATURE ON FILE
Foreperson of the Grand Jury

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
Jim McAlister
Assistant United States Attorney